# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

MICHAEL ALLEN KOKOSKI,

          Petitioner,

v.                                    CIVIL ACTION NO. 5:06-0763

CHARLES T. FELTS, Warden,
FCI Beckley,

          Respondent.

## ORDER

This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge entered Proposed Findings and Recommendation on October 20, 2006, recommending dismissal of this petition.

Petitioner has filed this Petition for Immediate Release. He claims his sentences have expired due to their invalidity. As the Magistrate Judge found in her Proposed Findings and Recommendation, Petitioner has asserted the same grounds to challenge his 1994 and 1996 convictions and sentences in other civil actions. His claims have been rejected. The Court therefore **ADOPTS** the Magistrates Judge's Findings and Recommendation, **DENIES** Petitioner's section 2241 petition and **DISMISSES** this matter from the docket of the Court.[1]

---

[1] The Court also **DENIES** Petitioner's Motion for Additional Findings of Fact and Conclusions of law in Support of the Order of March 22, 2007, (doc. #20).

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Stanley, counsel of record, and any unrepresented parties.

ENTER: April 12, 2007

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE